CHARLOTTE BOHLIN ET AL., PLAINTIFFS, v. MAURICE DEBARI ET AL., DEFENDANTS.

Decided February 6, 1931.

Before GUMMERE, CHIEF JUSTICE, and Justices TREN-
CHARD and LLOYD.

For the rule, *Harry E. Walburg* and *John J. Francis.*

*Contra, Henry Carless.*

PER CURIAM.

The plaintiff Charlotte Bohlin, while riding in a car driven
by her son, Lester, and owned by him, was injured in a
collision between it and a car owned and driven by Maurice
DeBari, the accident occurring at the corner of Cedar and
Main streets, in the borough of Ridgefield Park. She brought
suit against the drivers of thes two vehicles, her husband
joining therein to recover compensation for the expenses to
which he had been put by his wife's injuries and the loss
of her society and services  The trial resulted in a verdict
in favor of Mrs. Bohlin, the jury awarding her $25,000,
and also in favor of her husband, the jury awarding him
$7,500. These awards were made against Lester Bohlin, the
son of the plaintiffs, the jury absolving DeBari from any
liability for the accident.

Our examination and consideration of the testimony in
this case leads us to the conclusion that the proofs clearly
showed that the accident was largely the result of the neg-
ligence of DeBari in the driving of his car; that the verdict
acquitting him of responsibility was without legal justifica-
tion; and that the action of the jury in exoneratng him from
liability and holding the plaintiffs' son solely responsible
for the collision indicates that its verdict was the result of
passion or prejudice on its part.

For this reason, the rule to show cause will be made
absolute.